**FILED**
CLERK, U.S. DISTRICT COURT

8/31/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-cr-00129-DOC |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 2253: Criminal Forfeiture] |
| ISAIAH GARCIA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about October 22, 2019, in Orange County, within the Central District of California, defendant ISAIAH GARCIA knowingly distributed a video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, by using an account with the username "Lovepawgs" on the website freechatnow.com to upload the video into a chatroom hosted on that website, and which video had been shipped and transported in and affecting interstate and foreign

commerce by any means, including by computer, knowing that the video was child pornography.

The child pornography that defendant GARCIA distributed consisted of the video file identified as "56df77b4-d716-465a-bb85-54aed997b43d.gif."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about October 22, 2019, in Orange County, within the Central District of California, defendant ISAIAH GARCIA knowingly distributed a video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, by using an account with the username "Lovepawgs" on the website freechatnow.com to upload the video into a chatroom hosted on that website, and which video had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the video was child pornography.

The child pornography that defendant GARCIA distributed consisted of the video file identified as "d35ba5a1-309f-4fc2-8817-c65ec45c4f37.gif."

COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about November 16, 2019, in Orange County, within the Central District of California, defendant ISAIAH GARCIA knowingly distributed a video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, by using an account with the username "Looking4pawgs" on the website freechatnow.com to upload the video into a chatroom hosted on that website, and which video had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the video was child pornography.

The child pornography that defendant GARCIA distributed consisted of the video file identified as "93176a60-9b34-4a9c-8532-ecb06b790433.gif."

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about May 19, 2020, in Orange County, within the Central District of California, defendant ISAIAH GARCIA knowingly possessed an Apple iPhone 7, Serial Number DX3Z5PQCHG6W, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant GARCIA possessed on the Apple iPhone included, but was not limited to, the following video files:

(a)   101B18B7-761E-487F-8868-A580FA190D77.gif;

(b)   00090354-67A1-49AF-953E-8F76446B3548.gif; and

(c)   000DE6E5-AB6F-44D5-994E-06F0DACF9DB0.gif.

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about May 19, 2020, in Orange County, within the Central District of California, defendant ISAIAH GARCIA knowingly possessed an account on MEGA Limited's internet-based cloud-storage service, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant GARCIA possessed on his MEGA account included, but was not limited to, the following video files:

(a) 9D1CBD75-0AA5-4D8E-A23B-922A384C3BE2-319-00000065B5A67D6E.gif;

(b) 93A4E260-E3F3-4400-AE87-A64FAB9A7980-319-0000009373B70A06.gif; and

(c) IMG_1816.gif.

FORFEITURE ALLEGATION

[18 U.S.C. § 2253]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of the defendant's conviction of the offenses charged in this five-count Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following property:

   (a)  All right, title, and interest in any visual depiction involved in such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in connection with such offenses;

   (b)  All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

   (c)  All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to the following:

      i.  one Apple iPhone 7, Serial Number DX3Z5PQCHG6W.

   (d)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2253(b), the defendant, if so convicted, shall forfeit substitute property, up to the total value

of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

PATRICK FITZGERALD
Assistant United States Attorney
Acting Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROBERT J. KEENAN
Assistant United States Attorney
Santa Ana Branch Office